TRULINCS 10759067 - BAILEY, MILES - Unit: DEV-I-A

FILED
IN CLERKS OFFICE

2022 JUL -6 PM 1: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

FROM: 10759067
TO: Bailey, Brittany; Doe, John; Hollis, Terry; S Sample, Brandon; White, Bredan; Wilson, Chloe
SUBJECT: HABEAS CORPUS (2241) (17 C) FOR RELIEF
DATE: 06/21/2022 02:18:39 PM

TO JUDGE FREDRICK J. SCULLIN CASE # 117 -CR 302 JULY 11TH 2019, SYRACUSE (ALBANY) NEW YORK !

I have served 36 months as July 11th 2022, which is over 50 %, with my good time i am eligible for the cares act, with some health risk factors, plus i have taken over 30 classes in the 3 years, while in jail, at Hazelton, Brooklyn new York, and Devens camp (fmc), my first step act credits have not been applied, as of yet, so i am asking the court to consider some relief for me to go home to my family (kids) and love ones, to try an restart my life, and try and become a productive member of society!

                                         Respectfully Yours

                                         Miles Winston Bailey

*[signature: Miles Winston Bailey]*