Miles Bailey 10759-067
FMC Devens PO Box 879
Ayer MASS 01432

  

(Pro se)

Robert M. Farrell
United States District Court
Office of the clerk
John Joseph Moakley Court H
1 Court House Way Suite 23
Boston MASS 02210

USMS SCREENED

USMS SCREENED