# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies,

and to: Warden-Superintendent: DEVENS FEDERAL MEDICAL CENTER - 42 Patton Rd, Devens, MA 01434

YOU ARE COMMANDED to have the body of __Miles Bailey DOB 1965__ now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. __25__, on the __7th__ floor, Boston, Massachusetts on or before __September 28TH, 2022__, at __10:00AM__ PM.

for the purpose of __MOTION HEARING__

in the case of UNITED STATES OF AMERICA V. __Miles Bailey DOB 1965__

CR Number __1:22-cv-11082-PGL__

And you are to retain the body of said __Miles Bailey DOB 1965__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Miles Bailey DOB 1965__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __21st__ day of __SEPTEMBER 2022__.

PAUL G. LEVENSON
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

ROBERT M. FARRELL
CLERK OF COURT

By: /s/ Rose Dumoulin
Deputy Clerk

(Habeas Writ.wpd 5/27/08)